**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Jessica Schnortz,

        Plaintiffs,          Civil No. 09-1800 (RHK/RLE)

vs.

**ORDER**

Primary Financial Services, LLC, et al.,

        Defendants.

---

    This matter is venued in the Fifth Division.

    All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: July 15, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge