## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Jessica Schnortz,                                           Civil No. 09-1800 (RHK/RLE)

              Plaintiff,                         **ORDER FOR DISMISSAL**

v.

Primary Financial Services, LLC, et al.,

              Defendants.
_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 5) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: November 2, 2009            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge